UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELYN CASTILLO, *on behalf of herself and all others similarly situated,*

        Plaintiff,

-against-

THE MERCURY EAST, LLC
d/b/a THE MERCURY LOUNGE,

        Defendant.

Case No.: 18-CV-7942

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, THE MERCURY EAST, LLC d/b/a THE MERCURY LOUGE, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____

Aaron H. Pierce, Esq.
Pierce & Kwok LLP
253 Church St., Suite 4A
New York, NY 10013
Telephone: (212) 882-1752
aaron.pierce@piercekwok.com

Date: 2/4/19

SO ORDERED

_____

U.S.D.J.

For the Plaintiff:

By: _____

C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 02-04-19